NAT ABRAMS, Respondent, *v.* GUS L. ROSENBERG, Appellant.

*Contract — sale — Statute of Frauds — contract for sale of merchandise — defense that no note or memorandum was signed by defendant or his agent.*

*Abrams* v. *Rosenberg*, 195 App. Div. 936, affirmed.

(Argued April 20, 1922; decided May 9, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action is brought to recover damages for breach of contract. The complaint alleges that on

December 18, 1917, the plaintiff and the defendant duly entered into a contract for the sale and delivery of one hundred pieces of navy blue serge, style No. 1230, on an average of seventy-five yards to the piece, at the agreed price of $1.57½ a yard, sixty days net, to be delivered in the months of March and April, 1918, and that the defendant wholly failed, neglected and refused to deliver the whole or any part of the merchandise, to the plaintiff's damage in the sum of $7,500. The answer of the defendant is in the nature of a general denial and contains a defense of the Statute of Frauds, on the ground that the contract alleged in the complaint is for the sale of merchandise of the value of $50 and upwards, and that no note or memorandum thereof in writing was signed by the defendant or his agent.

*John B. Doyle* and *Harrison Clark* for appellant.

*Milton S. Cohn* and *I. Gainsburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.